No. 91. HUNT *v.* WESTERN CASUALTY CO.

Argued November 12, 1934. Decided November 19, 1934. *Per Curiam:* While, under the applicable law of Texas, the District Court was without authority in this suit to enforce an award of the Industrial Accident Board to afford a trial *de novo* (*Vestal* v. *Texas Emp. Ins. Assn.,* 285 S. W. 1041; *Texas Emp. Ins. Assn.* v. *Neal,* 11 S. W. (2d) 847; 14 S. W. (2d) 793), the question of the true construction of the award was necessarily presented, and the decision of the Circuit Court of Appeals in reviewing the judgment of the District Court may be re-

garded as resting upon the determination of that question. The writ of certiorari is dismissed as improvidently granted. *Mr. E. C. Street* for petitioner. *Mr. Charles J. Faulkner, Jr.*, with whom *Mr. W. W. Naman* was on the brief, submitted for respondent.